OFFICE OF THE CLERK
*United States District Court*
DISTRICT OF MAINE
www.med.uscourts.gov

LINDA L. JACOBSON
CLERK

☒ Edward T. Gignoux U.S. Courthouse
156 Federal Street, Room 102
Portland, Maine 04101
Direct Tel.: (207) 780-3363 Ext. 2211
(207) 780-3356

☐ Margaret Chase Smith Courthouse
P.O. Box 1007
Bangor, ME 04402
(207) 945-0575

July 24, 2007

Marcy Barratt, Deputy Clerk
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
PO Box 419
Newark N.J. 07101-0419

**IN RE: MDL 1850 – In Re: Pet Food Products Liability Litigation**

Mara Brazilian v. Menu Foods Income Fund, et al.
YOUR CIVIL CASE NO: 1:07-cv-2867(NLH)(AMD)
OUR CIVIL CASE NO: 2:07-cv-54-P-H

07cv3515

Dear Ms. Barratt:

I understand that the case listed above has been transferred to your Court pursuant to the Conditional Transfer Order issued by the Mulitdistrict Litigation Panel on July 16, 2007.

Enclosed, please find a certified copy of the docket sheet. As this case is completely electronic under ECF you can access the original record at https://ecf.med.circ1.dcn with a login of tempuser and a password of tempuser.

Please acknowledge receipt of this letter by returning the enclosed copy of this letter to our office.

Sincerely,
WILLIAM S. BROWNELL, CLERK

BY: _____
Melody Whitten
Case Manager

Enc.